

No. 15–0294/AR. U.S. v. Christopher S. Schloff. CCA 20140708. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE ARMY COURT ERRED IN EXPANDING THE DEFI-NITION OF A "SEXUAL CONTACT" TO A TOUCH ACCOMPLISHED BY AN OBJECT CONTRARY TO THE PLAIN LANGUAGE OF ARTI-CLE 120(G)(2).

In accordance with Rule 19(a)(7)(A), briefs will not be filed.

No. 15–0315/AR. U.S. v. Michael F. Stellato. CCA 20140453. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, it is ordered that said petition is hereby granted on the following issues:

> I.   WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED AS A MATTER OF LAW IN CONCLUDING THERE WAS NO DISCOVERY